PAUL M. WARNER, United States Attorney (#3389)
HENRI R. SISNEROS, Assistant United States Attorney
Attorneys for the United States of America
185 South State, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
CLERK, U.S. DISTRICT COURT
10 APR 02 PM 3: 53
DISTRICT OF UTAH
BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff, vs. RYAN D. HESSE,    Defendant. | **2:02CR 0193C** <u>INDICTMENT</u> VIO. 18 U.S.C. § 922(g)(1) [FELON IN POSSESSION OF A FIREARM]; 18 U.S.C. § 842 (I)(1) [POSSESSION OF AN EXPLOSIVE BY A CONVICTED FELON]; AND 26 U.S.C. § 5861(D) [POSSESSION OF AN UNREGISTERED WEAPON]. |

The Grand Jury charges:

<u>COUNT I</u>

On or about September 16, 2001, in the Central Division of the District of Utah,

RYAN HESSE,

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely an AK-47; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

On or about September 16, 2001, in the Central Division of the District of Utah,

RYAN HESSE,

the defendant herein, did knowingly possess a firearm, namely: a pipe bomb, which firearm which was not registered to him in the National Firearms Registration and Transfer Record; all in violation of 26 U.S.C. § 5861(d).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

APPROVED:

PAUL M. WARNER
United States Attorney

_____

HENRI R. SISNEROS
Assistant United States Attorney