STEPHEN R. McCAUGHEY - 2149
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

FILED
CLERK U.S. DISTRICT COURT
22 MAY 02 PM 12: 12
DISTRICT OF UTAH
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **REQUEST FOR DISCOVERY** |
| v. | |
| RYAN D. HESSE, | Case No. 2:02-CR-0193C |
| Defendant. | |

The defendant, Ryan D. Hesse, by and through his attorney, Stephen R. McCaughey, hereby requests that the government provide the defendant with those materials required to be provided by Rule 16 of the Federal Rules of Criminal Procedure.

DATED this ____ day of May, 2002.

STEPHEN R. McCAUGHEY
Attorney for Defendant



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Request for Discovery was mailed/hand delivered on this __20__ day of May, 2002, to:

Henri R. Sisneros
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111

*/s/ Kathua Leavitt*