# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Ronald N. Boyce

COURT REPORTER: Electronic
COURTROOM DEPUTY: Kathi Murray
INTERPRETER: None

DATE: 5/28/02

TAPE # 2268

CASE NO. 2:02cr193 C

LOG # 4972 - 5628

USA v. Hesse

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    Henri Sisneros
Dft    Stephen McCaughey
US PO  Kevin McKenna

MATTER SET: Initial Appearance

DOCKET ENTRY:

Defendant present and in custody. Defendant waives reading of the Indictment. Rights and penalties explained. Financial Affidavit submitted. Defendant has retained Stephen McCaughey. Defendant pleads NOT GUILTY. **2-day jury trial set for 7/31/02 thru 8/01/02. Pretrial to be set before the magistrate. Motion cutoff date is 6/20/02.** Defendant requests to remain in the custody of the USMS. Order of Permanent Detention executed and entered. Defendant detained and remanded to the custody of the USMS