FILED

CLERK

17 JUN 02 AM 10: 16

DISTRICT OF UTAH

BY:_____

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff(s),<br><br>vs.<br><br>RYAN D. HESSE<br><br>     Defendant(s). | Case No. **2:02CR193 C**<br><br><br><br>PRETRIAL ORDER PURSUANT<br><br>TO RULE 17.1 F.R.Cr.P. |

The above entitled case came on for pretrial conference before the

Magistrate Judge Ronald N. Boyce on **6/13/02**.  Defendant **present**,  Interpreter **not**

**present**, counsel **Stephen McCaughey**, and the Asst. United States Attorney, **Henri**

**Sisneros**, were present.  Based thereon the following is entered:

   1. 2 Day Jury trial in this matter is set for **7/31/02 at 8:30 a.m.** and it

appears the trial date is appropriate if the matter is to be tried.  Proposed

instructions are to be to Judge **Tena Campbell** by **7/29/02**, along with any

proposed voir dire questions.

   2. Discovery has been resolved informally.  Government has an open file
policy:

                    Yes   __X__        No   _____

   3. Pretrial motions are to filed by **6/20/02**.



4. It is unknown if this case my be resolved by a negotiated plea of some kind.  If so, plea negotiations should be completed by **7/19/02**.  If negotiations are not completed for a plea by the date set, the case will be tried.

5. Issues as to witnesses do not exist in this matter, but defense counsel will make arrangements for subpoenas, if necessary, as early as possible to allow timely service.

6. Defendants' release or detention status: **Detained.**

7. All exhibits will be premarked before **Judge Tena Campbell's** clerk before trial.

8. Defense counsel is responsible for assuring that defendant has proper clothing for trial.

9. Other order and directions are:

10. Interpreter Needed:      Yes  ___    No  X  Language  _____

DATED this  /3ᵗ day of June , 2002

**BY THE COURT:**

Ronald N. Boyce
U.S. Magistrate Judge

alp

United States District Court
for the
District of Utah
June 17, 2002


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:02-cr-00193


True and correct copies of the attached were either mailed or faxed by the clerk to the following:


    Henri R. Sisneros, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Mr. Stephen R McCaughey, Esq.
    10 W BROADWAY STE 650
    SALT LAKE CITY, UT  84101
    JFAX 9,3645014

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136