STEPHEN R. MCCAUGHEY - 2149
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

FILED
25 JUL 02 PM 3: 53
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MOTION TO CONTINUE TRIAL |
| v. | |
| RYAN DOUGLAS HESSE, | Case No. 2:02-CR-0193C |
| Defendant. | |

The defendant, Ryan Douglas Hesse, by and through his attorney of record, Stephen R. McCaughey, hereby moves this court pursuant to 18 U.S.C. §3161 to enter an order continuing the trial date of July 31, 2002, previously scheduled in the above-entitled case. Said motion is made on the grounds and for the reason counsel needs additional time to negotiate a settlement. Counsel has exercised due diligence in preparing for trial.

DATED this 25 day of July, 2002.

STEPHEN R. MCCAUGHEY
Attorney for Defendant



## STIPULATION

I do hereby stipulate and agree to the foregoing motion.

DATED this _____ day of July, 2002.

(VIA TELEPHONE)

_____
KEVIN L. SUNDWALL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed/hand delivered on this _____ day of July, 2002, to:

Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah  84111

_____