RECEIVED CLERK

SEP 17 2002

U.S. DISTRICT COURT

STEPHEN R. MCCAUGHEY - 2149
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **FINDINGS AND ORDER** |
| v. | |
| **RYAN DOUGLAS HESSE,** | Case No. 2:02-CR-0193C |
| **Defendant.** | |

Based on motion of the defendant and stipulation of the plaintiff, the court enters the following;

## FINDINGS

1. If defendant's motion to continue were denied it would deny the defendant continuity of counsel.

2. Counsel needs additional time to effectively prepare for trial and consult with the defendant.

3. Counsel has exercised due diligence in preparing this case.

4. The ends of justice in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.



## ORDER

It is hereby ORDERED that the trial date of September 23, 2002, be stricken and the trial continued to the __7__ day of __Dec.__, 2002 at __8:30__ a.m.

It is further, ORDERED that the time between September 23, 2002, and the next trial date be excluded from the computation for the time for trial as described in 18 U.S.C. §3161.

DATED this __19__ day of September, 2002.

_____
TENA CAMPBELL
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Findings and Order was mailed/hand delivered on this __19__ day of September, 2002 to:

Veda M. Travis
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111

_____

```
                                                              alp
                  United States District Court
                            for the
                       District of Utah
                     September 24, 2002


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:02-cr-00193



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Veda M. Travis, Esq.
      US ATTORNEY'S OFFICE
      ,
      EFAX 9,5245985

      Mr. Stephen R McCaughey, Esq.
      10 W BROADWAY STE 650
      SALT LAKE CITY, UT  84101
      JFAX 9,3645014

      USMS
      DISTRICT OF UTAH
      ,
      JFAX 9,5244048

      US Probation
      DISTRICT OF UTAH
      ,
      EMAIL
```