# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Tena Campbell

COURT REPORTER: Ray Fenlon
COURTROOM DEPUTY: Theresa Brown
INTERPRETER:

**SCANNED**

CASE NO. 02-CR-193

USA v. Ryan Hesse

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Veda Travis, AUSA
Dft     Stephen McCaughey, Esq.

DATE: 11/14/02

MATTER SET: Change of Plea

DOCKET ENTRY:

     Defendant sworn and answers questions posed by the court. Statement in Advance of P/G executed and filed in court. The court finds defendant is acting freely and voluntarily and there is a factual basis for the entry of a P/G. Defendant enters P/G to Count I of indictment. The court accepts plea and orders presentence report. Sentencing set for 1/23/03 @ 3:00 p.m. Defendant remanded to the custody of the USMS.