STEPHEN R. MCCAUGHEY - 2149
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **RESPONSE TO PRE-SENTENCE REPORT** |
| v. | : | |
| RYAN D. HESSE, | : | **Case No. 2:02-CR-193 TC** |
| Defendant. | : | |

Pursuant to Rule 310 of the Rules of Practice for the United States District Court for the District of Utah, the defendant has no objection to the guideline calculation and factors described in the pre-sentence report.

DATED this ___ day of December, 2002.

STEPHEN R. MCCAUGHEY
Attorney at Law



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed/hand delivered to the following on this __18__ day of December, 2002.

>Veda M. Travis
>Assistant United States Attorney
>185 South State Street, Suite 400
>Salt Lake City, Utah 84111
>
>U.S. Probation and Pretrial Services
>478 United States Courthouse
>350 South Main Street
>Salt Lake City, Utah 84101

*/s/ Joshua Leavitt*