PAUL M. WARNER, United States Attorney (#3389)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-CR-193TC |
| Plaintiff, | |
| vs. | GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS |
| RYAN D. HESSE, | |
| Defendant. | Judge Tena Campbell |

Having reviewed the Presentence Report in the above-referenced matter, the United States of America, by and through the undersigned Assistant United States Attorney, makes no objection to the facts stated therein.

RESPECTFULLY SUBMITTED this 20th day of December, 2002.

PAUL M. WARNER
United States Attorney

*/s/ Veda M. Travis*

VEDA M. TRAVIS
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS was made available to all parties named below, this 23 day of December, 2002.

> Stephen R. McCaughey
> Attorney at Law
> 10 West Broadway #650
> Salt Lake City, Utah 84101
>
> Tony Maxwell
> U.S. Probation
> 350 South Main Street
> Salt Lake City, Utah 84101

_____