PAUL M. WARNER, United States Attorney (#3389)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 South State Street
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:02-CR-193C |
| Plaintiff, | : | |
| vs. | : | **MOTION FOR DEPARTURE IN SENTENCING** |
| RYAN D. HESSE, | : | |
| Defendant. | : | 18 U.S.C. § 3553(e), USSG § 5K1.1 |
| | : | |

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court, pursuant to USSG § 5K1.1 and 28 U.S.C. § 3553(e), to consider sentencing the defendant below the sentence guideline range that applies in his case.

As grounds for this motion, the government states that the defendant has provided substantial assistance to the government by making himself available to law enforcement officers before and after entering his plea of guilty to the offenses of conviction. He has also agreed to testify as



necessary in proceedings against other individuals, about whom he has provided information which the United States believes will be instrumental in prosecution of these individuals.

DATED this 13th day of March, 2003.

PAUL M. WARNER
United States Attorney

*/s/ Veda M. Travis*

VEDA M. TRAVIS
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing MOTION was made available to all parties named below, this 13 day of March, 2003.

Stephen R. McCaughey
Attorney at Law
10 West Broadway #650
Salt Lake City, Utah 84101

Tony Maxwell
U.S. Probation
350 South Main Street
Salt Lake City, Utah 84101

*[signed] Brooke Wallace*