# United States District Court
### DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Ryan Hesse**

**WARRANT FOR ARREST**

**CASE NUMBER: 2:02-CR-00193-001TC**

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **RYAN HESSE**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged violation of supervised release**

in violation of _____ United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Melissa Saddler* (signature) | September 11, 2008 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By: Aimee Trujillo
    Deputy Clerk

Bail fixed _____ by _____
                                      Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _SLC Fed Court_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-11-08 | B. Holt SDUSM | |
| DATE OF ARREST | | |
| 9-11-08 | | |