AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT

__Central__ District of __Utah__

2008 NOV -4   P 2: 13

UNITED STATES OF AMERICA
V.

Ryan Hesse

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release) UTAH

BY: _____
    DEPUTY CLERK

Case Number:  DUTX 2:02CR00193-001 TC
USM Number:   09543-081

Robert Hunt
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __Allegations 1, 2, 3, 4 and 6__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | On or about 2/6/2008, the defendant possessed and consumed alcohol | |
| 2. | On 2/6/2008, the defendant had contact with law enforcement and failed to notify his USPO. | |
| 3. | On 2/7/2008, the defendant purchased alcohol at a liquor store in Sandy, Utah | |
| 4. | Since September of 2007, the defendant has had an ongoing association with convicted felons. | |
| 6. | On 9/9/2008, the defendant failed to follow the instructions of the USPO by possessing various white supremacist gang paraphernalia. | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:
_____
_____

Defendant's Mailing Address:
_____
_____

10/30/2008
Date of Imposition of Judgment

_Tena Campbell_ (signature)
Signature of Judge

Tena Campbell    Chief, United States District Court Judge
Name and Title of Judge

11-4-2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:       Ryan Hesse
CASE NUMBER:     2:02CR00193-001 TC

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

24 Months, with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL